IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES LUCIOUS OLIVER,

    Plaintiff,

vs.

WARDEN EVANS, et al.,

    Defendants.

No. C 11-04052 YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, a state prisoner, filed this *pro se* civil rights action under 42 U.S.C. § 1983. On July 19, 2012, some of the Defendants in this action filed a motion to dismiss Plaintiff's action for failure to state a claim for which relief can be granted. On August 17, 2012, Plaintiff filed a request for an extension of time in which to file his opposition to Defendants' motion.

Having read and considered Plaintiff's request, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' motion to dismiss is hereby extended to **September 28, 2012.** Defendants must file their reply **no later than fourteen (14) days** after the date on which Plaintiff files his opposition.

This Order terminates Docket No. 33.

IT IS SO ORDERED.

DATED: September 11, 2012

                                                **YVONNE GONZALEZ ROGERS**
                                                UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\CR.11\Oliver4052.grantEOT.wpd