IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JAMES LUCIOUS OLIVER,**<br><br>Plaintiff,<br><br>v.<br><br>**EVANS, et al.,**<br><br>Defendants. | C 11-4052 YGR (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

In accordance with the Court's order dated October 30, 2012 denying Defendants' motion to dismiss, this District's Civil Local Rules 6-1(b), 6-3, and 7-11(a), as well as this Court's Standing Order in Civil Cases, Defendants Evans, Neotti, Navarro, Ramos, and Core have moved for a forty-five day extension of time, up to and including March 14, 2013, within which to file a motion for summary judgment in this matter. Having read and considered Defendants' motion for an extension of time and the declaration of Defendants' counsel supporting the motion, and for good cause appearing, Defendants' motion for an extension of time is GRANTED. The time in which Defendants shall file a motion for summary judgment is extended up to and including March 14, 2013.

1

Moreover, consistent with the briefing schedule set forth in the Court's October 30 order, Plaintiff's opposition, if any, to Defendants' summary judgment motion shall be filed with the Court and served upon Defendants' counsel within forty-five days after the filing of Defendants' summary judgment motion — that is, by April 29, 2013. Defendants' reply brief, if any, shall be filed and served within fifteen days of the filing of Plaintiff's opposition; *i.e.*, by May 14, 2013.

IT IS SO ORDERED.

Dated: January 22, 2013

_____
The Hon. Yvonne Gonzalez Rogers
United States District Court Judge

2