IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES LUCIOUS OLIVER,

    Plaintiff,

vs.

WARDEN EVANS, et al.,

    Defendants.

No. C 11-04052 YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTION**

    Plaintiff, a state prisoner, filed this *pro se* civil rights action under 42 U.S.C. § 1983. On March 12, 2013, some of the Defendants in this action filed a dispositive motion. On April 24, 2013, Plaintiff filed a request for an extension of time in which to file his opposition to Defendants' motion.

    Having read and considered Plaintiff's request, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' motion to dismiss is hereby extended to **May 29, 2013.** Defendants must file their reply no later than **fourteen (14) days** after the date on which Plaintiff files his opposition.

    This Order terminates Docket No. 50.

    IT IS SO ORDERED.

DATED: May 7, 2013

                                          YVONNE GONZALEZ ROGERS
                                          UNITED STATES DISTRICT COURT JUDGE