IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES LUCIOUS OLIVER,

    Plaintiff,

  vs.

WARDEN EVANS, et al.,

    Defendants.
                                         /

No. C 11-04052 YGR (PR)

**ORDER DISMISSING WITHOUT PREJUDICE CLAIMS AGAINST DEFENDANT MEISNER**

      Plaintiff, a state prisoner, filed the present *pro se* prisoner action under 42 U.S.C. § 1983. The Court issued an Order of Service. Defendant Salinas Valley State Prison Correctional Officer Meisner has not been served in this action.

      As Plaintiff is proceeding *in forma pauperis* (IFP), he is responsible for providing the Court with current addresses for all Defendants so that service can be accomplished. *See Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994); *Sellers v. United States*, 902 F.2d 598, 603 (7th Cir. 1990).

      Pursuant to Federal Rule of Civil Procedure 4(m), if a complaint is not served within 120 days from the filing of the complaint, it may be dismissed without prejudice for failure of service. When advised of a problem accomplishing service, a *pro se* litigant proceeding IFP must "attempt to remedy any apparent defects of which [he] has knowledge." *Rochon v. Dawson*, 828 F.2d 1107, 1110 (5th Cir. 1987). If the marshal is unable to effectuate service through no fault of his own, e.g., because the plaintiff failed to provide sufficient information, the plaintiff must seek to remedy the situation or face dismissal. *See Walker*, 14 F.3d at 1421-22 (prisoner failed to show cause why complaint against prison official should not be dismissed under Rule 4(m) because prisoner did not prove that he provided marshal with sufficient information to serve official or that he requested that official be served).

      In an Order dated May 7, 2013, the Court informed Plaintiff that service had been ineffective on Defendant Meisner and directed Plaintiff to provide the Court with the current address for

1  Defendant Meisner within twenty-eight days of the Order. More than twenty-eight days have
2  passed, and Plaintiff has failed to provide the Court with the aforementioned required information.
3       This action has been pending for over 120 days, and service upon Defendant Meisner has not
4  been effectuated. Plaintiff has failed to show cause why the claims against Defendant Meisner
5  should not be dismissed without prejudice pursuant to Rule 4(m). Accordingly, all claims against
6  Defendant Meisner are DISMISSED without prejudice under Rule 4(m).
7       IT IS SO ORDERED.
8  DATED: June 25, 2013

                                         YVONNE GONZALEZ ROGERS
                                         UNITED STATES DISTRICT COURT JUDGE

**United States District Court**
For the Northern District of California